# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 30, 2024

Lyle W. Cayce
Clerk

No. 24-50465
Summary Calendar

Treniss J. Evans,

*Plaintiff—Appellant*,

*versus*

Supreme Court of New York, *Trial Division, Criminal Term, for the City of Manhattan, New York, Attn: Honorable Ellen N. Biben, Administrative Judge*; Alvin Bragg, *District Attorney for Manhattan, New York*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:24-CV-480

Before Smith, Stewart, and Duncan, *Circuit Judges*.
Per Curiam:[*]

Treniss J. Evans appeals the district court's dismissal of his petition for writ of prohibition. In the petition, Evans sought to stay the prosecution of former President Donald Trump in New York state court. Contrary to Evans's assertions, the district court correctly determined that it lacked

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50465

authority to issue a writ in these circumstances.  *See Moye v. Clerk, DeKalb Cnty. Super. Ct.*, 474 F.2d 1275, 1276 (5th Cir. 1973).

The district court's judgment is AFFIRMED.  Evans's motion to expedite the appeal is DENIED.